18 So.2d 805

## Luke MOORE v. STATE.

### 7 Div. 801.

Supreme Court of Alabama.

July 25, 1944.

John J. Pruet, of Ashland, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Foreman Smith, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Luke Moore for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Moore v. State, 31 Ala.App. 483, 18 So.2d 803.

Writ denied.

All the Justices concur.